58 So.2d 617

### H. W. BLACKMON v. SHERATON APARTMENTS, Inc., et al.
### 6 Div. 359.

Supreme Court of Alabama.
March 13, 1952.

Rehearing Denied May 15, 1952.

Taylor & Jeffrey, Birmingham, for appellant.

Spain, Gillon, Grooms & Young and John P. Ansley, Birmingham, for appellees.

Cabaniss & Johnston, Birmingham, amici curiae.

LIVINGSTON, Chief Justice.

This case was argued and submitted as a companion case with Crane Company v. Sheraton Apartments, Inc., ante, p. 332, 58 So.2d 614.

The questions of law presented in both cases are the same. On the authority of the decision this day rendered in case 6 Div. 339 this cause is reversed, rendered and remanded.

BROWN, FOSTER, LAWSON, SIMPSON and STAKELY, JJ., concur.

58 So.2d 646

### Grover C. STEPHENS v. STATE.
### 6 Div. 414.

Supreme Court of Alabama.

April 3, 1952.
Rehearing Denied May 15, 1952.

Walter G. Woods, Tuscaloosa, for petitioner.

Si Garrett, Atty. Gen., and Thos. M. Galloway, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Grover C. Stephens for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Stephens v. State, Ala.App., 58 So.2d 644.

Writ denied.

LIVINGSTON, C. J., and BROWN and LAWSON, JJ., concur.